PER CURIAM.

(No. 74-CC-413— )

DELBERT P. SHROYER, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF AERONAUTICS, Respondent.

*Opinion filed March 31, 1975.*

448

BRUNSMAN, CRAIN & KENNEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.